FILED: September 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4498
(3:25-cr-00106-KDB-DCK-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TIAWANA BROWN

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:25-cr-00106-KDB-DCK-1 |
| Date notice of appeal filed in originating court: | 09/24/2026 |
| Appellant | Tiawana Brown |
| Appellate Case Number | 26-4498 |
| Case Manager | A. Walker<br>804-916-2702 |