FILED: October 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4498
(3:25-cr-00106-KDB-DCK-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TIAWANA BROWN

Defendant - Appellant

---

O R D E R

---

The court grants the application to proceed under the Criminal Justice Act.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk